IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        Case No. 10-10186-01-JWB

RAYMOND L. ROGERS,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendant's pending motion for leave to appeal in forma pauperis ("IFP"). (Doc. 280.) For the reasons stated herein, the motion is DENIED.

On January 9, 2023, the court denied a motion by Defendant for relief from judgment under Fed. R. Civ. P. 60(b). (Doc. 273.) That motion was essentially the same as one filed by Defendant in 2020, and belatedly sought to challenge a judgment entered in 2014. (*Id.* at 1.) The same order denied a certificate of appealability. (*Id.* at 2.) Defendant filed a notice of appeal on January 1, 2023. (Doc. 274.) He also filed a motion for certificate of appealability (Doc. 275), which the court denied in a text entry the same day. (Doc. 277.) On February 21, 2023, Defendant filed a motion for leave to appeal IFP. (Doc. 280.) On March 2, 2023, Defendant filed an amended notice of appeal, which asserted an intent to appeal the court's denial of his motion for certificate of appealability on January 1, 2023. (Doc. 281.)

The court has denied prior attempts by Defendant to appeal IFP where he has failed to show "the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." (*See* Doc. 208 at 1-2) (citing *United States v. Garcia*, 164 F. App'x

785, 787 n.1 (10th Cir. 2006) (quoting *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1311 (10th Cir. 2005)). (*See also* Docs. 187, 222, 266.) The court denies the instant motion for the same reason. Defendant has shown no reasoned basis on the facts or the law to support a challenge to the rejection of his repetitious and belated Rule 60(b) motion or a certificate of appealability relating to that ruling. Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the court certifies that an appeal of this matter would not be taken in good faith.

IT IS THEREFORE ORDERED that Defendant's motion to for leave to appeal IFP (Doc. 280) is DENIED. In accordance with Fed. R. App. P. 24(a)(4), the Clerk of the Court shall immediately notify the parties and the Tenth Circuit Court of Appeals of this order. Pursuant to Fed. R. App. P. 24(a)(5), Defendant may file a motion to proceed on appeal IFP in the Tenth Circuit Court of Appeals withing thirty days after service of the aforementioned notice.

IT IS SO ORDERED this 17th day of May, 2023.

                                                        s/ John W. Broomes
                                                        JOHN W. BROOMES
                                                        UNITED STATES DISTRICT JUDGE